**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-6302**

─────────────

RICHARD GARY GRIFFITH,

Plaintiff - Appellant,

versus

D. R. GUILLORY, Warden; DAVID W. BARNES;
WILLIAM WELCH, Hospital Administrator, Prison
Medical Unit; LEON M. DIXON, Medical Doctor,
Prison Medical Unit,

Defendants - Appellees,

and

RONALD J. ANGELONE, Director,

Defendant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (CA-96-785-3)

─────────────

Submitted: May 14, 1998      Decided: June 3, 1998

─────────────

Before WIDENER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

Richard Gary Griffith, Appellant Pro Se.  Lance Bradford Leggitt, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; David Ernest Boelzner, WRIGHT, ROBINSON, OSTHIMER & TATUM, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Griffith v. Guillory</u>, No. CA-96-785-3 (E.D. Va. Jan. 23, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>